AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>LISONG MA,<br>also known as "Ma Li,"<br><br>*Defendant* | Case No. 13 M 288 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LISONG MA, also known as "Ma Li",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempt to export from the United States items under the jurisdiction of the United States Department of Commerce, without first having obtained the required licenses from the United States Department of Commerce, in violation of Title 50, United States Code, Section 1705(c).

Date: 03/29/2013

City and state: Brooklyn, New York          Hon. Viktor V. Pohorelsky
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/29/2013, and the person was arrested on *(date)* 4/1/2013
at *(city and state)* Los Angeles, CA

Date: 4/1/13

*Arresting officer's signature*

AREK SOBIECH / SA
*Printed name and title*