# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **13-288 M**

2) Defendant's Name: **Ma** (Last) **Lisong** (First) _____ (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: **Stephanie Liu**   Language: **Mandarin**

9) Arraignment on complaint held: **✓** Yes __No   Date/Time: **4/3/13**

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: **✓**

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: **✓**

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: **Seth Ducharme**

14) DEFENSE COUNSEL'S NAME: **Heidi Cesare**
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: **✓** RET: ___
    Telephone Number: ( )

15) LOG #: ( **4:19 - 4:22** )   MAG. JUDGE: **Go**

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

UNITED STATES MAGISTRATE JUDGE