UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

United States of America

                                                  Index No. 13 MJ 288

                      Plaintiff,

- against -                                    NOTICE OF APPEARANCE AND
                                                        DEMAND FOR SERVICE OF
                                                         PAPERS

Lisong Ma , aka "Ma Li"

                                              Defendants
------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Lisong Ma , aka "Ma Li", and that we demand that all papers in this proceeding/action be served on the undersigned.

Dated:    FLUSHING, New York
           April 23, 2013

                                                       LAW OFFICE OF MING HAI, PC

                                                       By: _____
                                                            Ming Hai
                                                     Attorneys for Defendant
                                                     36-09 MAIN ST. SUITE 7B
                                                     FLUSHING, NY 11354
                                                     (718) 445-9111
                                                     Email : lawminghai@yahoo.com