# United States District Court

_____EASTERN_____ **DISTRICT OF** _____NEW YORK_____

UNITED STATES OF AMERICA

v.

LISONG MA,

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 13 CR 304 (SLT)

Defendant(s).

I, __LISONG MA_____, the above named defendant, who is accused of

attempting to export from the United States controlled commodities without an export license, in violation of Title 50, United States Code, Sections 1702 and 1705,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 30, 2013_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*LISONG MA*
_____
Defendant

_____
Counsel for Defendant

Before: __/s/(VMS)_____ , 5/30/13
          Judicial Officer