**DOCKET NUMBER:** _____12cr304 (VMS)_____

## CRIMINAL CAUSE FOR A PLEA HEARING

**BEFORE JUDGE:** VERA M. SCANLON, USMJ   **DATE:** ___5/30/2013___

**TIME:** _____11:18-12:10_____

**TIME IN COURT** __ HRS 52 MINS

**DEFENDANT'S NAME:** LISONG MA          **DEFENDANT #** _____
X Present    ❏ Not Present            X Custody    ❏ Not In Custody

**DEFENSE COUNSEL:** __MING HAI__
❏   Federal Defender    ❏   CJA        X    Retained

**A.U.S.A.:** _SETH DAVID DUCHARME_     **AGENT:** _____

| | | | | |
|---|---|---|---|---|
| ❏ | Arraignment | | | |
| X | Plea Hearing | | ❏ | Revocation of Probation non contested |
| ❏ | Change of Plea Hearing | | ❏ | Revocation of Probation contested |
| ❏ | In Chambers Conference | | ❏ | Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | | ❏ | Sentencing Contested |
| ❏ | Initial Appearance | | ❏ | Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | | ❏ | Revocation of Supervised Release non- |
| ❏ | Telephone Conference | | ❏ | Bail Hearing |
| ❏ | Voir Dire Begun | ❏ Voir Dire Held | ❏ | Jury selection |
| ❏ | Jury trial | ❏ Jury Trial Death Penalty | ❏ | Sentence enhancement Phase |
| ❏ | Bench Trial Begun | ❏ Bench Trial Held | ❏ | Bench Trial Completed |
| ❏ | Motion Hearing | ❏ Motion Hrg Non Evidentiary | | |

**TEXT**
Defendant Lisong Ma pled guilty to an attempt to violate the International Emergency Economic Powers Act, 50 U.S.C Secs. 1702, 1705(a) and 1705(c); 15 C.F.R. Sec. 764.2; 18 U.S.C. Secs. 2 and 3551 et seq.