## Criminal Calendar: Sentencing

**Before: Sandra L. Townes, U.S.D.J.**

Date: _5/27/14_                                        Time: _2:30 - 305_

DOCKET NUMBER: _13CR304 (SLT)_

DEFENDANT'S NAME: _Lisong Ma_
_X_ Present ___ Not Present _X_ In Custody ___ Bail

DEFENSE COUNSEL: _Ming Ha._
___ Legal Aid ___ CJA _X_ Retained

AUSA: _Seth DuCharme_                          Deputy Clerk: _V. Frullo_

INTERPRETER: _Patsy Ong_                       (Language) _Mandarin_

COURT REPORTER/ESR _Ron Tolkin_          PROBATION OFFICER _Michael Dorka_

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

_X_ Defendant is given the opportunity to speak on his/her behalf.

_X_ The Pre-sentence Report is adopted with or (without) change.

_X_ Defendant is sentenced to _46_ months imprisonment and _None_ years of supervised release. _____

Total Offense Level: _23_
Criminal Hist. Cat: _I_
Imprisonment Range: _46 - 57_
Supervision Range _1 - 3_
Fine Range: _10,000 - 100,000_

Special conditions of Supervision are as follows:
___ No use of a firearm or weapons.   ___ Drug treatment   ___ Mental Health treatment
___ If deported deft may not illegally re-enter the U.S.   ___ Search condition
___ Curfew for a period of __ months from __ to__ with E/M or voice.
___ Home confinement for a period of __ months.   ___ Limitations on use of Internet.

___ Defendant is ordered to pay: restitution $_____, fine $ _waived_
_X_ Defendant is ordered to pay a special assessment of $100.00 on each Count of conviction.

Monetary penalties are due as follows:

___ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to _____.
___ The Court recommends: _____
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ __
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        □ before 2:00pm on _____      □ as notified by USMS or      □ as notified by P.O.

_X_ Open count(s) _____ is/are dismissed on motion of the government.

_X_ Defendant advised of right to appeal.