

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:BDM
F. #2013R00677

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2015

By ECF and Courtesy Copy by Inter-Office Mail

The Honorable Sandra L. Townes
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    United States v. Lisong Ma,
                  Criminal Docket No. 13-0304 (SLT)

Dear Judge Townes:

      The government writes to respectfully request that the Court vacate the Preliminary Order of Forfeiture entered in the above-captioned case. On or about May 27, 2014, the Court entered a Preliminary Order of Forfeiture against defendant, Lisong Ma, following the defendant's plea of guilty to a violation of 50 U.S.C. § 1750. See Preliminary Order of Forfeiture, Dkt. # 32. The defendant consented to the forfeiture of four hundred dollars and no cents ($400.00) in United States currency seized on or about March 23, 2013 (the "Forfeited Currency"), as property constituting or derived from proceeds traceable to the defendant's violation of 50 U.S.C. § 1750. Id. at 1.

      At the time of entry of the Preliminary Order of Forfeiture, the government intended to judicially forfeit the Forfeited Currency pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c). Agents with U.S. Immigration and Customs Enforcement ("ICE") have since administratively processed the Forfeited Currency in accordance with 19 U.S.C. § 2081 and 8 U.S.C. § 1363a(a)(3). The government therefore respectfully requests that the Court vacate the Preliminary Order of Forfeiture as moot.

Thank you for Your Honor's consideration of this matter.

                                      Respectfully submitted,

                                      KELLY T. CURRIE  
                                      Acting United States Attorney

By:   /s_____  
        Brian D. Morris  
        Assistant U.S. Attorney  
        (718) 254-6512