

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:LDM:BDM
F. #2013R00677

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2015

<u>By ECF and Courtesy Copy by Inter-Office Mail</u>

The Honorable Sandra L. Townes
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

The application is ☒ granted. ☐ denied.
SO ORDERED.
/s/ Sandra L. Townes
Sandra L. Townes, U.S.D.J.
Dated: May 22, 2015
Brooklyn, New York

Re: United States v. Lisong Ma,
<u>Criminal Docket No. 13-0304 (SLT)</u>

Dear Judge Townes:

      The government writes to respectfully request that the Court vacate the Preliminary Order of Forfeiture entered in the above-captioned case. On or about May 27, 2014, the Court entered a Preliminary Order of Forfeiture against defendant, Lisong Ma, following the defendant's plea of guilty to a violation of 50 U.S.C. § 1750. <u>See</u> Preliminary Order of Forfeiture, Dkt. # 32. The defendant consented to the forfeiture of four hundred dollars and no cents ($400.00) in United States currency seized on or about March 23, 2013 (the "Forfeited Currency"), as property constituting or derived from proceeds traceable to the defendant's violation of 50 U.S.C. § 1750. <u>Id.</u> at 1.

      At the time of entry of the Preliminary Order of Forfeiture, the government intended to judicially forfeit the Forfeited Currency pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c). Agents with U.S. Immigration and Customs Enforcement ("ICE") have since administratively processed the Forfeited Currency in accordance with 19 U.S.C. § 2081 and 8 U.S.C. § 1363a(a)(3). The government therefore respectfully requests that the Court vacate the Preliminary Order of Forfeiture as moot.

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ MAY 27 2015 ★
BROOKLYN OFFICE

Thank you for Your Honor's consideration of this matter.

>Respectfully submitted,
>
>KELLY T. CURRIE
>Acting United States Attorney

By: /s_____
Brian D. Morris
Assistant U.S. Attorney
(718) 254-6512